**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00351-CV**
**NO. 09-21-00352-CV**
**NO. 09-21-00353-CV**

_____

**RICHARD WESTMORELAND**
**D/B/A MADISON COUNTY BAIL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 7708 (19-33335), 7709 (19-32714), and 7710 (19-32337)**

**MEMORANDUM OPINION**

Richard Westmoreland d/b/a Madison County Bail, appellant, filed an unopposed motion to dismiss these appeals. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeals. We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 43.2(f).

APPEALS DISMSSED.

PER CURIAM

Submitted on March 30, 2022
Opinion Delivered March 31, 2022
Before Golemon, C.J., Horton and Johnson, JJ.

1